**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER TO** |
| Plaintiff, | **ENLARGE TIME TO FILE** |
| | **OBJECTIONS TO** |
| v. | **PRESENTENCE REPORT** |
| | **AND POSITION** |
| Sheila Rae Nadeau | **RE SENTENCING** |
| Defendant. | Criminal No.: 04-CR-490 (MJD) |

IT IS HEREBY ORDERED that the date to file objections to the Presentence Report is enlarged to September 23, 2005.  The date to file position pleadings re Sentencing is enlarged to September 30, 2005.

Dated:  September 13, 2005           s/ Michael J. Davis
                                     Michael J. Davis
                                     Judge of U.S. District Court